IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TYRONE TERRY,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D1D16-5489

Opinion filed July 12, 2017.

Petition for Writ of Certiorari.

Tyrone Terry, pro se, Petitioner.

Rana Wallace, General Counsel, Commission on Offender Review, Tallahassee,
for Respondent.

PER CURIAM.

        DENIED.

LEWIS, ROBERTS, and BILBREY, JJ., CONCUR.